1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 09cv0291 JAH (WMc) |
| Plaintiff, | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| vs. | |
| GGP-OTAY RANCH, LP, et al, | |
| Defendants. | |

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendants BEBE STORES, INC. dba BEBE SPORT #589 only.**

Dated: August 20, 2009

_____
Judge of the District Court